# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THERESA WHEELER CLARK AND
CHARLES HENRY CLARK, JR.

NO. 2023 CW 0933

VERSUS

SOUTHERN RV, LLC; CAMPING
WORLD RV SALES, LLC;
NORCOLD, INC.; THETFORD
CORPORATIONS; KIDDE, INC.

**DECEMBER 4, 2023**

In Re:    Southern RV, L.L.C., applying for supervisory writs,
          20th Judicial District Court, Parish of West
          Feliciana, No. 23446.

BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.

**WRIT DENIED.**

                        PMc
                        CHH
                        SMM

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
     FOR THE COURT